1/10/2011

UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF NORTH CAROLINA  
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:98-CR-153-1BO

LINWOOD EARL WHITEHEAD

On January 3, 2008, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    Respectfully submitted,

/s/ Michael C. Brittain                   /s/ Timothy L. Gupton  
Michael C. Brittain                       Timothy L. Gupton  
Senior U.S. Probation Officer             U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7 day of January, 2011.

Terrence W. Boyle  
U.S. District Judge